UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RALPH ARCHUNG,<br><br>  Plaintiff,<br><br>v.<br><br>ANCOR TRANSPORT LTD et al.,<br><br>  Defendants. | CASE NO. 2:23-cv-00407-LK<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Stipulated Motion to Dismiss. Dkt. No. 25. Pursuant to the parties' stipulation, this case is dismissed with prejudice and without court-ordered fees or costs to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 12th day of July, 2024.

*Lauren King*
Lauren King
United States District Judge

ORDER OF DISMISSAL - 1